UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN SCOTT HILL, ) | |
| ) | |
| Petitioner, ) | Case No. 1:05-cv-388 |
| ) | |
| v. ) | Honorable Richard Alan Enslen |
| ) | |
| MARY BERGHUIS, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS HEREBY ORDERED** that Petitioner's application for habeas corpus relief is **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated in Kalamazoo, MI:          /s/Richard Alan Enslen
June 24, 2005                    Richard Alan Enslen
                                 United States District Judge